**W. Terry Scannell**, OSB No. 853220
Email: terry@scannelllaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CLASSIC BUSINESS GROUP,** a New York Limited Liability Company, dba **OMNI MOTORS.**<br><br>    Plaintiff,<br><br>    v.<br><br>**DAVID LAWRENCE PREIM,** an individual**,**<br><br>    Defendant. | Civil No. 3:17-cv-01710-SI<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

    Plaintiff, through counsel, Terry Scannell, provides the following disclosures pursuant to Federal Rule of Civil Procedure 7.1(a):

1. Plaintiff Classic Business Group is a Limited Liability Company organized under the laws of New York.

2. Classic Business Group does business as Omni Motors.

PAGE 1    PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**Terry Scannell**
Attorney at Law
7128 SW Gonzaga Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806

3. Classic Business Group is wholly owned by its members Yuanli Xia and Long Xue, both of whom are resident aliens domiciled in New York, and are Citizens of New York for purposes of Diversity. 28 U.S.A§ 1332 (a)(2)

The Plaintiffs are citizen of the People's Republic of China but are also permanent residents of the United States and the State of Oregon. They are both in the country legally.

**DATED:** November 7, 2017 .

/s/ Terry Scannell
Terry Scannell (OSB #853220)
7128 SW Gonzaga St., Ste. 220
Portland, Oregon 97223
Tel: (503) 776-0806
E-mail: terry@scannellaw.com
Attorney for Plaintiffs

PAGE 2    PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**Terry Scannell**
Attorney at Law
7128 SW Gonzaga Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806