Defendant Pro Se

David Preim
25660 Kimberly Drive
West Linn, Oregon 97068-4576
Telephone: (503) 387-5201

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLASSIC BUSINESS GROUP, a New York limited liability company, dba OMNI MOTOR, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LAWRENCE PREIM, <br><br> Defendant. | Civil Action No. 3:17-cv-01710-SI <br><br> DEFENDANT'S RESPONSE AND OBJECTIONS TO PLAINTIFF'S AMENDED MOTION FOR A PRELIMINARY INJUNCTION |

COMES NOW, Defendant David Lawrence Preim, appearing Pro Se herein, and hereby Responds and Objects to the *Plaintiff's Amended Motion for a Preliminary Injunction*, based upon the points and authorities set forth in the accompanying Memorandum, and in the Declaration of David Lawrence Preim, attached hereto, and by reference incorporated fully herein as though set forth below.

Defendant further requests that Plaintiff's Motion be heard concurrently and in conjunction with the Defendant's Motion to Dismiss for *Forum Non Conveniens*, filed herein.

RESPECTFULLY SUBMITTED:

Dated, this ___30___ day of November, 2017.

_____
David Lawrence Preim
Defendant Pro Se

**Page -1- Defendant's Response and Objections to Plaintiff's Amended Motion for Preliminary Injunction**